| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Qingdao S&R Industry and Trade Co., Ltd** | |
| Bankruptcy Case: | **HRB Winddown, Inc.** | |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080786L | $40,719.14 | 11/1/2019 | S&R20190902_HRB | 9/2/2019 | $40,719.14 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080205Y | $78,563.40 | 9/20/2019 | S&R2019072202_HRB | 7/22/2019 | $37,699.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080324P | $78,567.48 | 9/27/2019 | S&R2019072901_HRB | 7/29/2019 | $40,868.28 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080324P | $78,567.48 | 9/27/2019 | S&R2019072902_HRB | 7/29/2019 | $37,699.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080409M | $77,491.20 | 10/4/2019 | S&R2019080501_HRB | 8/5/2019 | $37,699.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080409M | $77,491.20 | 10/4/2019 | S&R2019080502_HRB | 8/5/2019 | $39,792.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080511 | $37,632.00 | 10/11/2019 | S&R20190812_HRB | 8/12/2019 | $37,632.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080595H | $48,091.78 | 10/18/2019 | S&R2019081901_HRB | 8/19/2019 | $16,561.54 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080205Y | $78,563.40 | 9/20/2019 | S&R2019072201_HRB | 7/22/2019 | $40,864.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080714U | $41,040.12 | 10/25/2019 | S&R20190826_HRB | 8/26/2019 | $41,040.12 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081382J | $39,597.81 | 12/13/2019 | S&R20191012_HRB | 10/12/2019 | $39,597.81 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080870 | $70,619.57 | 11/8/2019 | S&R2019090901_HRB | 9/9/2019 | $30,022.85 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080870 | $70,619.57 | 11/8/2019 | S&R2019090902_HRB | 9/9/2019 | $40,596.72 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080980P | $39,779.60 | 11/15/2019 | S&R20190916_HRB | 9/16/2019 | $39,779.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081066W | $55,196.65 | 11/22/2019 | S&R20190923A_HRB | 9/23/2019 | $15,737.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081066W | $55,196.65 | 11/22/2019 | S&R20190923B_HRB | 9/23/2019 | $39,458.79 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081124X | $69,173.88 | 11/29/2019 | S&R20190930A_HRB | 9/30/2019 | $30,067.97 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081124X | $69,173.88 | 11/29/2019 | S&R20190930B_HRB | 9/30/2019 | $39,105.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080595H | $48,091.78 | 10/18/2019 | S&R2019081902_HRB | 8/19/2019 | $31,530.24 |

**Totals:**    **12 transfer(s),**    **$676,472.63**

Qingdao S&R Industry and Trade Co., Ltd (2266277)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021        Exhibit A        P. 1